UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                        CHAPTER 13 PROCEEDING:
MARLENE BARRON                              06-10284-B-13
DEBTOR

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.   Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Friday, May 5, 2006.

    2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.   Creditor listed below cannot identify account.

    NCO FIN
    PO BOX 4939
    TRENTON, NJ  08650-4939

    5.   As a result, funds owed to the creditor in the amount of $104.71 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, May 26, 2011

                                                             Cindy Boudloche
                                                             Chapter 13 Trustee
                                                             555 N. Carancahua  Ste 600
                                                             Corpus Christi, TX  78401-0823
                                                             (361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                        CHAPTER 13 PROCEEDING:
MARLENE BARRON                                  06-10284-B-13
DEBTOR

### CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on May 26, 2011, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


MARLENE BARRON                          ABELARDO LIMON JR
35 MANTUA ST                                 890 WEST PRICE ROAD
BROWNSVILLE, TX  78526-1949        BROWNSVILLE, TX  78520

NCO FIN
PO BOX 4939
TRENTON, NJ  08650-4939